THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James L. Bourgoin, Appellant.
 
 
 

Appeal From Dillon County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2009-UP-187
Submitted April 1, 2009  Filed May 5, 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney Generarl John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for
 Respondent.
 
 
 

PER CURIAM: James
 L. Bourgoin appeals his convictions for first degree burglary, assault and
 battery with intent to kill, and assault and battery of a high and aggravated
 nature, for which he received sentences of imprisonment for concurrent terms of
 twenty years, twenty years, and three years, respectively.  He argues the trial
 judge's instruction to the jury on reasonable doubt was so confusing the jury
 could have interpreted the charge as allowing a finding of guilt based on a
 degree of proof below that required by the due process clause.  After a thorough review of the record and counsels brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.